TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

ADDITIONS ARE INDICATED BY **TEXT**; DELETIONS BY ~~TEXT~~.

**This docket is current through 08/27/2021**

**Current Date:** 8/28/2021
**Source:** Circuit Court, Cook COUNTY

| DISCLAIMER |
| --- |
| This Data is provided for informational purposes only and it is not the official record. For copies of the official record (of an incarceration, conviction or court filing record) contact the source agency or court. In addition to any obligations under your Subscriber Agreement, your use of this data may be governed by the Supplier Additional Terms (see Footer). |

## CASE INFORMATION

| | |
| --- | --- |
| **Case Title:** | IBARRA SR. RAUL v. ALLTRAN FINANCIAL, LP |
| **Court:** | Circuit Court, Cook COUNTY |
| **Division:** | Chancery Division First Municipal /City |
| **Case Number:** | 2021-CH-03666 |
| **Case Type:** | CIVIL |
| **Case Subtype:** | CLASS ACTION (115) |
| **Date Filed:** | 07/27/2021 |
| **Judge:** | ANNA M. LOFTUS |

## SYNOPSIS INFORMATION

| | |
| --- | --- |
| **Allegations:** | Class action. Defendant engaged in illegal, abusive, deceptive and unfair practices in its efforts to collect from plaintiff's purported debt. |
| **Damages:** | Statutory damages, expenses, fees and costs. COMPLAINT (MANUALLY RETRIEVED) |

## PARTICIPANT INFORMATION

### IBARRA SR. RAUL

| | |
| --- | --- |
| **Type:** | Plaintiff |
| **Firm Name:** | EDELMAN COMBS LATTURNER& |
| **Firm Address:** | 20 S CLARK 1500 CHICAGO, IL 60603 |
| **Firm Phone:** | 312-739-4200 |

### ALLTRAN FINANCIAL, LP

| | |
| --- | --- |
| **Type:** | Defendant |

### CACH, LLC

**Type:**                                    Defendant

---

## RESURGENT CAPITAL SERVICE

---

**Type:**                                    Defendant
**Attorney:**                                NABIL G FOSTER
**Attorney Address:**                        53 W JACKSON # 1205
                                             CHICAGO, IL 60604
**Attorney Phone:**                          312-767-5750

## DOCKET PROCEEDINGS (23)

| Date: | Entry #: | Description: | Date Docketed: | Party: | |
|---|---|---|---|---|---|
| 08/23/2021 | | Docket Entry: CONTINUANCE - ALLOWED Judge: ANNA M. LOFTUS Date: 10/14/2021 Time: 10:00 Room: 2410 | | | Send Runner to Court |
| 08/23/2021 | | Docket Entry: STRIKE FROM THE CALL - ALLOWED Judge: ANNA M. LOFTUS Date: 09/01/2021 Time: 09:30 Room: 2410 | | | Send Runner to Court |
| 08/23/2021 | | Docket Entry: STRIKE FROM THE CALL - ALLOWED Judge: ANNA M. LOFTUS Date: 08/24/2021 Time: 09:30 Room: 2410 | | | Send Runner to Court |
| 08/23/2021 | | Docket Entry: CONTINUED GENERALLY - ALLOWED Judge: ANNA M. LOFTUS Room: 2410 | | | Send Runner to Court |
| 08/23/2021 | | Docket Entry: CASE ASSIGNED TO ZOOM HEARING - ALLOWED Judge: ANNA M. LOFTUS Date: 10/14/2021 Time: 10:00 Room: 2410 | | | Send Runner to Court |
| 08/20/2021 | | Docket Entry: APPEARANCE FILED - FEE PAID Amount/Fee: NABIL G FOSTER Amount/Fee: $251.00 | | RESURGENT CAPITAL SERVICE | Send Runner to Court |
| 08/20/2021 | | Docket Entry: MOTION SCHEDULED (MOTION COUNTER ONLY) Attorney: NABIL G FOSTER Date: 09/01/2021 Time: 09:30 | | | Send Runner to Court |
| 08/20/2021 | | Docket Entry: MOTION FOR EXTENSION OF TIME (SCR 323E) FILED Attorney: NABIL G FOSTER | | RESURGENT CAPITAL SERVICE | Send Runner to Court |
| 08/20/2021 | | Docket Entry: NOTICE FILED Attorney: NABIL G FOSTER | | RESURGENT CAPITAL SERVICE | Send Runner to Court |
| 08/20/2021 | | Docket Entry: NOTICE OF FILING FILED Attorney: NABIL G FOSTER | | RESURGENT CAPITAL SERVICE | Send Runner to Court |
| 07/30/2021 | | Docket Entry: SUMMONS SERVED BY SPECIAL PROCESS SERVER | | | Send Runner to Court |

WESTLAW   © 2021 Thomson Reuters. No claim to original U.S. Government Works.

| 07/30/2021 | **Docket Entry:** SUMMONS SERVED BY SPECIAL PROCESS SERVER | | Send Runner to Court |
|---|---|---|---|
| 07/28/2021 | **Docket Entry:** MOTION SCHEDULED (MOTION COUNTER ONLY) **Attorney:** EDELMAN COMBS LATTURNER& **Date:** 08/24/2021 **Time:** 09:30 | | Send Runner to Court |
| 07/28/2021 | **Docket Entry:** SUMMONS ISSUED AND RETURNABLE **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/28/2021 | **Docket Entry:** SUMMONS ISSUED AND RETURNABLE **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/28/2021 | **Docket Entry:** SUMMONS ISSUED AND RETURNABLE **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/28/2021 | **Docket Entry:** NOTICE OF MOTION FILED **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/28/2021 | **Docket Entry:** NOTICE OF FILING FILED **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/28/2021 | **Docket Entry:** MOTION FILED **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/27/2021 | **Docket Entry:** CLASS ACTION COMPLAINT FILED **Amount/Fee:** ~~$388.00~~ **Amount/ Fee:** EDELMAN COMBS LATTURNER& **Amount/Fee:** ==$388.00== | ALLTRAN FINANCIAL, LP | Send Runner to Court |
| 07/27/2021 | **Docket Entry:** EXHIBITS FILED **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/27/2021 | **Docket Entry:** EXHIBITS FILED **Attorney:** EDELMAN COMBS LATTURNER& | | Send Runner to Court |
| 07/27/2021 | **Docket Entry:** CASE SET ON CASE MANAGEMENT CALL **Judge: Attorney:** EDELMAN COMBS LATTURNER& **Judge:** ==ANNA M. LOFTUS== **Date:** 11/24/2021 **Time:** 10:00 **Room:** 2410 | | Send Runner to Court |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

ADDITIONS ARE INDICATED BY ==TEXT==; DELETIONS BY ~~TEXT~~.

**WESTLAW** © 2021 Thomson Reuters. No claim to original U.S. Government Works.

**Westlaw Document**

**End of Document**

© 2021 Thomson Reuters. No claim to original U.S. Government Works.